**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARLENE JONES, Derivatively on Behalf of Nominal Defendant QUANTUMSCAPE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH, FRANK BLOME, BRAD BUSS, JOHN DOERR, JÜRGEN LEOHOLD, JUSTIN MIRRO, DIPENDER SALUJA, J.B. STRAUBEL, and JENS WIESE,<br><br>      Defendants. | C.A. No. 24-cv-237-MN |

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STAY OF PROCEEDINGS**

WHEREAS:

A.     The parties have reached a settlement in principle to resolve this action, as well as to resolve the related derivative actions pending in the Delaware Court of Chancery and in the District Court for the Northern District of California.

B.     The parties are currently working on full settlement documentation and to submit a settlement agreement and related papers for approval to the Honorable William H. Orrick in the Northern District of California, who also presided over the settlement of the QuantumScape securities class action, *In re QuantumScape Securities Class Action Litigation*, Case No. 3:21-cv-00058 (N.D. Cal.).

C.     This action is currently stayed.

D.     In the interests of judicial economy and to avoid needless expenditure of party resources, the parties wish for this action to continue to be stayed while a formal Settlement

Agreement is entered into and Court approval of the settlement is sought in the Northern District of California.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned, subject to this Court's approval, as follows:

1.      This action shall continue to be stayed until further Order of the Court.

2.      The parties shall provide the Court with their next status report no later than May 15, 2026.

Dated:  February 20, 2026

| | |
|---|---|
| MELUNEY ALLEMAN & SPENCE, LLC | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | |
| /s/ William M. Alleman, Jr. | /s/ Andrew D .Cordo |
| William M. Alleman, Jr. (#5449) | Andrew D. Cordo (#4534) |
| 1143 Savannah Road, Suite 3-A | Jessica A. Hartwell (#5645) |
| Lewes, DE  19958 | Andrew D. Berni (#6137) |
| (302) 551-6740 | 222 Delaware Avenue, Suite 800 |
| bill.alleman@maslawde.com | Wilmington, DE  19801 |
| | (302) 304-7600 |
| MORRIS KANDINOV LLP | acordo@wsgr.com |
| Leonid Kandinov | aberni@wsgr.com |
| Andrew Robertson | jhartwell@wsgr.com |
| 550 West B Street, 4th Floor | |
| San Diego, CA  92101 | *Counsel for Defendants Jagdeep Singh, Fritz* |
| (877) 216-1552 | *Prinz, Timothy Holme, Kevin Hettrich, Frank* |
| leo@moka.law | *Blome, Brad Buss, John Doerr, Jürgen* |
| andrew@moka.law | *Leohold, Justin Mirro, Dipender Saluja, J.B.* |
| | *Straubel, Jens Wiese and Nominal Defendant* |
| *Counsel for Plaintiff Darlene Jones* | *QuantumScape Corporation* |

SO ORDERED this _____ day of February, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

2