**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DARLENE JONES, Derivatively on Behalf of
Nominal Defendant QUANTUMSCAPE
CORPORATION,

      Plaintiff,

    v.

JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY
HOLME, KEVIN HETTRICH, FRANK
BLOME, BRAD BUSS, JOHN DOERR,
JÜRGEN LEOHOLD, JUSTIN MIRRO,
DIPENDER SALUJA, J.B. STRAUBEL, and
JENS WIESE,

      Defendants.

C.A. No. 24-cv-237-MN

**JOINT STATUS REPORT**

Pursuant to the Court's February 23, 2026 Order (D.I. 10), the parties hereby submit this joint status report. After executing a term sheet, the parties have continued to work with a mediator on certain open items related to the settlement. The settlement agreement and related papers will be submitted for approval to the Honorable William H. Orrick in the Northern District of California before whom related derivative actions are pending and who also presided over the settlement of the QuantumScape securities class action, *In re QuantumScape Securities Class Action Litigation*, Case No. 3:21-cv-00058 (N.D. Cal.). The parties respectfully request to provide the Court with a further status report on or before July 31, 2026.

Dated:  May 12, 2026

MELUNEY ALLEMAN & SPENCE, LLC

/s/ William M. Alleman, Jr.
William M. Alleman, Jr. (#5449)
1143 Savannah Road, Suite 3-A
Lewes, DE  19958
(302) 551-6740
bill.alleman@maslawde.com

MORRIS KANDINOV LLP
Leonid Kandinov
Andrew Robertson
550 West B Street, 4th Floor
San Diego, CA  92101
(877) 216-1552
leo@moka.law
andrew@moka.law

*Counsel for Plaintiff Darlene Jones*

WILSON SONSINI GOODRICH
  & ROSATI, P.C.

/s/ Andrew D. Cordo
Andrew D. Cordo (#4534)
Jessica A. Hartwell (#5645)
Andrew D. Berni (#6137)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
acordo@wsgr.com
aberni@wsgr.com
jhartwell@wsgr.com

*Counsel for Defendants Jagdeep Singh, Fritz
Prinz, Timothy Holme, Kevin Hettrich, Frank
Blome, Brad Buss, John Doerr, Jürgen
Leohold, Justin Mirro, Dipender Saluja, J.B.
Straubel, Jens Wiese and Nominal Defendant
QuantumScape Corporation*